COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ex parte Donte Jayson Walker

Appellate case numbers:    01-21-00663-CR, 01-21-00664-CR, and 01-21-00665-CR

Trial court case number:   1740467, 1740469, and 1740470

Trial court:               230th District Court of Harris County

These appeals were abated and remanded to the trial court on December 14, 2021 because the certifications of appellant's right of appeal included in the clerk's records for each appeal did not indicate whether appellant had the right of appeal from the trial court's November 8, 2021 orders denying his applications for writ of habeas corpus. *See* TEX. R. APP. P. 25.2(a)(2). In the abatement order, we directed the trial court, in each trial court case number, to execute a certification of appellant's right of appeal indicating whether appellant has the right of appeal.

On December 21, 2021, the trial court clerk filed a supplemental clerk's record containing a certification of appellant's right of appeal indicating that this "is not a plea-bargain case, and the [appellant] has the right of appeal" in appellate case numbers 01-21-00664-CR and 01-21-00665-CR. On January 6, 2022, the trial court clerk filed a supplemental clerk's record containing a certification of appellant's right of appeal indicating that this "is not a plea-bargain case, and the [appellant] has the right of appeal" in appellate case number 01-21-00663-CR.

Accordingly, we **reinstate** each appellate case number on the Court's active docket.

Additionally, after a review of the appellate record, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1. Accordingly, appellant is ordered to file a brief in each appellate case number within **twenty** days of the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is due to be filed no later than **twenty** days from the filing of appellant's brief.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually    ☐ Acting for the Court


Date: ___January 11, 2022_____